PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>vs. )<br>)<br>**Michael DANG** )<br>) | **Docket Number: 1:01-CR-05045-01SMS** |

On March 4, 2002, the above-named was placed on probation for a period of 5 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Melinda S. Peyret

**Melinda S. Peyret
United States Probation Officer**

Dated:   4/13/06
         Fresno, California
         mp

**REVIEWED BY:**   /s/ Bruce Vasquez
                    **BRUCE A. VASQUEZ
                    Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

**Re:   DANG, Michael**
**       Docket Number:   1:01CR05045-01SMS**
**       ORDER TERMINATING PROBATION**
**       PRIOR TO EXPIRATION DATE**

---

mp
Attachment:   Recommendation
cc:   United States Attorney's Office
       FLU Unit, AUSA's Office
       Fiscal Clerk, Clerk's Office

## ORDER OF COURT

It is ordered that the probationer be discharged from probationer, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   May 1, 2006**                              /s/ Sandra M. Snyder
icido3                                                  UNITED STATES MAGISTRATE JUDGE

Rev. 03/2005
PROB35.MRG